```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
             -v-                       :          05cr909 (DLC)
                                       :
 D'ANGELO NUNEZ,                       :          ORDER
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On May 5, 2020, defendant D'Angelo Nunez filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  An Order of June 2 denied Nunez's May 5 petition.  On that same day, the Clerk of Court mailed a copy of the June 2 Order to Nunez, but directed that mailing to the incorrect facility.  On June 26, the Clerk of Court mailed the June 2 Order to the correct facility, FCI Victorville Medium I.  On August 25, Nunez requested that the Court grant his May 5 motion.[1]  It is hereby

ORDERED that a copy of the June 2 Order and this Order

---

[1] The August 25 submission was received and docketed by this Chambers on September 3, 2020.

shall be sent to Nunez at FCI Victorville Medium I.

Dated:    New York, New York
          September 8, 2020

                              _____
                                    DENISE COTE
                              United States District Judge

```
Copy mailed to:
D'Angelo Nunez (53228-054)
FCI VICTORVILLE MEDIUM I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301
```