```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
            -v-                        :     05 Cr. 909 (DLC)
                                       :
D'ANGELO NUNEZ,                        :           ORDER
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On October 15, 2020, D'Angelo Nunez filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).[1] On November 17, Nunez's motion was denied. This Court concluded that Nunez had not demonstrated the requisite extraordinary and compelling circumstances warranting compassionate release, and that the sentencing factors set forth in 18 U.S.C. § 3553(a) weighed against release.

Subsequently, in a letter dated December 28, 2020,[2] Nunez moved for reconsideration of the November 17 denial of his motion for compassionate release. This Court has considered the December 28 letter and concludes that the relevant factors do

---

[1] The October 15, 2020 motion renewed a prior compassionate release motion filed on May 5, 2020. On June 2, the May 5 motion was denied without prejudice to renewal insofar as it sought compassionate release due to the COVID-19 pandemic.

[2] The December 28, 2020 letter was received and docketed by this Chambers on February 9, 2021.

not weigh in favor of reconsideration or release.  Accordingly, it is hereby

    ORDERED that the December 28, 2020 motion for reconsideration is denied.

    IT IS FURTHER ORDERED that the Clerk of Court shall mail Nunez a copy of this Order and note mailing on the docket.

    SO ORDERED:

Dated:   New York, New York
        February 10, 2021

                                  DENISE COTE
                        United States District Judge

Copy mailed to:
D'Angelo Nunez (53228-054)
FCI VICTORVILLE MEDIUM I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301